UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael E. Puiia</u>

        v.                                                 Civil No. 12-cv-243-PB

<u>State of New Hampshire</u>

## O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the request for injunctive relief submitted by plaintiff Michael E. Puiia and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.


June 29, 2012                                                   /s/ Paul Barbadoro
                                                                       Paul Barbadoro
                                                                       United States District Judge

cc:     Michael E. Puiia, Pro Se