UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Michael E. Puiia

    v.                                                    Civil No. 12-cv-243-PB

State of New Hampshire

**O R D E R**

    Before the court are two non-dispositive motions filed by plaintiff for the court's consideration, entitled "Expedited Motion for Magistrate Findings" (doc. no. 6) and "Emergency Motion to Expedite Service/Summons" (doc. no. 7). For the reasons stated herein, both motions are denied.

    This matter, filed pro se and in forma pauperis, originally came before the magistrate judge for a preliminary review pursuant to 28 U.S.C. § 1915(e)(2) and United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(1)(B). Puiia has also filed a motion for preliminary injunctive relief (doc. no. 3), which was referred to this magistrate judge for consideration and a recommendation as to disposition (doc. no. 4). On this date, this magistrate judge has issued a report and recommendation, recommending that the complaint (doc. no. 1) be dismissed and that the motion for preliminary relief (doc. no. 3) be denied.

Because the court's preliminary review and review of the request for preliminary injunctive relief is complete, the motion to expedite the magistrate judge's review and findings (doc. no. 6) is denied as moot.  Similarly, because the court has recommended dismissal of this action, the motion to expedite the issuance of summonses and to expedite service in this matter (doc. no. 7), is also denied as moot.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

July 18, 2012

cc: Michael E. Puiia, pro se

LBM:jba