UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Puiia

     v.               Civil No. 12-cv-243-PB

State of New Hampshire

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 18, 2011. For the reasons set forth in the Report and Recommendations, this matter is dismissed, and Plaintiff's motion for a temporary restraining order (doc. no. 3) is denied.

SO ORDERED.

August 6, 2012

                              */s/ Paul Barbadoro*
                              Paul Barbadoro
                              United States District Judge

cc: Michael Puiia